UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIVIAN MCCARTER )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BANK OF NEW YORK *et al.* )<br>)<br>Defendants. )<br>) | Civil Case No. 11-2078 (RJL) |

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, it is this 4th day of July, 2012, hereby

**ORDERED** that the defendants' Motions to Dismiss [#4 and #5] are **GRANTED**.

**ORDERED** that plaintiff's Complaint [#1] is **DISMISSED**.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge