UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VIVIAN MCCARTER             )<br>                             )<br>     Plaintiff,            )<br>                             )<br>          v.                )  Civil Case No. 11-2078 (RJL)<br>                             )<br>BANK OF NEW YORK *et al.*    )<br>                             )<br>     Defendants.            )<br>                             ) | |

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, it is this _4th_ day of July, 2012, hereby

**ORDERED** that the defendants' Motions to Dismiss [#4 and #5] are **GRANTED**.

**ORDERED** that plaintiff's Complaint [#1] is **DISMISSED**.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge